

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00825-CV

**IN RE** Hattie **POOLE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On December 22, 2016, Relator filed a petition for writ of mandamus and motion for emergency relief. The court has considered the petition for writ of mandamus and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 6, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014PC4118, styled *In the Estate of Hattie Poole, an Incapacitated Person*, pending in the Probate Court No 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.